PROB 12
(Rev. 3/88)

# United States District Court
## for the
## DISTRICT OF MARYLAND

**REDACTED**

06-76M

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 OCT 16 P 3: 51

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

U.S.A. vs. **Terrence Everett**

Docket No.: 1:98CR00405

Petition on Supervised Release

COMES NOW **Mary Brewster** PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Terrence Everett** who was placed on supervision for **Counterfeiting** by the Honorable **Marvin J. Garbis, U.S. District Judge**, sitting in the court at **Baltimore, Maryland**, on the 6th day of **January, 1999** who fixed the period of supervision at **2 year(s)** *, and imposed the general terms and conditions theretofore adopted by the court and also imposed additional conditions and terms as follows:

* Committed to custody of Bureau of Prisons for 13 months, followed by supervised release for a term of 2 year(s).

1. The defendant is instructed to pay a Special Assessment in the amount of $100.00; to be paid during the second year of Supervised Release..
2. The defendant is instructed to pay a fine in the amount of $1.00.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach)

Continues on following page

**FILED**
**JUN 7 2006**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the arrest of Terrence Everett for alleged violations of probation or term of supervised release.

ORDER OF COURT

adobe Considered and ordered as prayed this 16th day of ____; 2001 and ordered filed and made a part of the records in the above case.

_____
Marvin J. Garbis
U.S. District Judge

Respectfully,

_____
Mary Brewster, Senior U.S. Probation Officer

Place  Baltimore, Maryland

Date  October 12, 2001



PROB 12 continued
EVERETT, Terrence
Docket Number: 1:98CR00405
Page Number: 2

| | |
|---|---|
| WHEREAS: | On 1/23/01, Mr. Everett was arrested in Wicomico County, Maryland on charges of Armed Robbery, Attempted Armed Robbery, Robbery, Attempted Robbery, Handgun Use/Fel-Violent Crime, Assault-1st degree, Assault-2nd degree, Theft: Less $500 Value, Brglary-1st degree, Burglary-4th degree, Handgun in Vehicle, Con-Armed Robbery, Con-Theft: Less $500 Value, Con-Burglary-1st degree, reckless Endangerment, and False Imprisonment. He was found guilty of Conspiracy to Commit Robbery on 6/14/01. In violation of the Statutory Condition which states that the defendant shall not commit any federal, state or local crime. |
| WHEREAS: | While under supervision, Mr. Everett did not have any type of verifiable employment. In violation of Standard Condition #5 which states that the defendant shall work regularly at a lawful occupation unless excused by the probation officer. |
| WHEREAS: | On 1/23/01, Mr. Everett was charged with Handgun Use/Fel-Violent Crime and Handgun in Vehicle in violation of the Statutory Condition which states that the defendant shall not possess a firearm or destructive device. |
| WHEREAS: | Mr. Everett has made no payment towards the $100 Special Assessment in violation of Additional Condition #1, as listed above. |