AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

DISTRICT OF __DELAWARE__

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |

Terrence Everett

CASE NUMBER: 06-76M

The defendant is charged with a violation of __18__ U.S.C. __471__ alleged to have been committed in the _____ District of __Maryland__.

Brief Description of Charge(s):

Violation of Probation

FILED
JUN 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

_Defendant reserved the right to a detention hearing in the District of Maryland, which is granted. No detention hearing occurred in this jurisdiction. Defendant did not contest temporary detention for purposes of removal._

Date June 7, 2006

Judicial Officer

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |