OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
  Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170



July 6, 2006

Clerk of Court
United States District Court
District of Maryland
4415 Edward A. Garmatz Federal Building
  and United States Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

RE: United States v. Terrence Everett
    Case No. 06-76M USDC/DE
         CR 98-405 USDC/MD



Dear Clerk:

    Enclosed please find the original record together with a certified copy of the docket entries in the above referenced case.

    Please acknowledge receipt of the documents on the enclosed duplicate of this letter.

Sincerely,

Keith J. Kincaid
Deputy Clerk

/kjk
enclosure

I hereby acknowledge receipt of the record in the above referenced case on _____(date)_____.

_____Signature_____

_____Title_____

